## 27050. HARP *v.* THE STATE.

BROYLES, C. J. The accused was convicted of the offense of assault with intent to murder. The evidence amply authorized the verdict; and none of the special assignments of error shows cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 7, 1938.

*Aaron Kravitch, O. C. Darsey,* for plaintiff in error.
*J. P. Dukes, solicitor-general,* contra.